**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

SAMI AMMARI,

Plaintiff,

v.

CITY OF NORWALK, *et al.*,

Defendants.

Case No. 2:22-cv-01319-SSS-MARx

**FINAL JUDGMENT ORDER GRANTING DEFENDANT CITY OF SOUTH GATE'S UNOPPOSED MOTION FOR SUMMARY JUDGMENT [DKT. 41]**

**JUDGMENT**

Pursuant to the Order Granting Defendant City of South Gate's Unopposed Motion for Summary Judgment [Dkt. 41] and after considering the papers filed in support of Defendant's Motion[1], **IT IS HEREBY ORDERED THAT**:

1. Defendant City of South Gate's Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's claims against Defendant City of South Gate are **HEREBY DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated: August 1, 2023

SUNSHINE S. SYKES
United States District Judge

[1] Plaintiff Sami Ammari filed a Statement of Non-Opposition to the Motion. [Dkt. 50].