JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMI AMMARI,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF NORWALK, *et al.*,<br>　　　　　Defendants. | Case No. 2:22-cv-01319-SSS-MARx<br><br>**FINAL JUDGMENT ORDER GRANTING DEFENDANT CITY OF NORWALK'S MOTION FOR SUMMARY JUDGMENT [DKT. 40]** |

# JUDGMENT

Pursuant to the Order Granting Defendant City of Norwalk's Motion for Summary Judgment [Dkt. 40] and after considering the papers filed supporting and opposing Defendant's Motion, **IT IS HEREBY ORDERED THAT**:

1. Defendant City of Norwalk's Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's claims against Defendant City of Norwalk are **HEREBY DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated: August 3, 2023

_____
SUNSHINE S. SYKES
United States District Judge